FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 24 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILDLANDS CPR; et al., | Nos. 12-35434, 12-35451 |
| Plaintiffs-Appellants/Cross-Appellees, | D.C. No. 9:10-cv-00104-DWM |
| v. | District of Montana, Missoula |
| MONTANA SNOWMOBILE ASSOCIATION and IDAHO SNOWMOBILE ASSOCIATION, | ORDER |
| Intervenors - Appellees, | |
| UNITED STATES FOREST SERVICE; et al., | |
| Defendants-Appellees/Cross-Appellants. | |

The defendants' unopposed motion for voluntary dismissal of the cross-appeal is granted. Case No. 12-35451 is dismissed. Fed. R. App. P. 42(b). A copy of this order sent to the district court shall act as and for the mandate of this court as to case No. 12-35451 only.

tah/10.22.12/Pro Mo

The plaintiffs' opening brief has been filed. The defendants' and intervenors' answering brief is due December 6, 2012. The plaintiffs' optional reply brief is due 14 days from service of the answering brief.

> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
> Teresa A. Haugen, Deputy Clerk
> 9th Circuit Rules 27-7, 27-10