IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| WILD EARTH GUARDIANS, *et al*, | CV 10–104–M–DWM |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| UNITED STATES FOREST SERVICE, *et al.*, | |
| Defendants. | |

In light of judgment entered on August 27, 2015, (Doc. 90), and Federal Defendants' Notice of Satisfaction of Remedy on October 12, 2016, (Doc. 109),

IT IS ORDERED that the Clerk of Court is directed to close the case file. Any future challenge or claim must be brought by separate action.

DATED this 15th day of November, 2016.

Donald W. Molloy, District Judge
United States District Court